No. 561. EDWARDS *v.* UNITED STATES. December 7, 1942. The application for bail is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit is also denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *Mr. Mack Taylor* for petitioner.

No. 477. TEGTMEYER *v.* TEGTMEYER ET AL. December 7, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Appellate Court, First District, of Illinois, is denied. *Daisy C. Tegtmeyer, pro se. Mr. L. Duncan Lloyd* for respondents.

No. 513. WEBSTER, ADMINISTRATOR, *v.* CLODFELTER, TRADING AS CLODFELTER'S SERVICE STATION. December 7, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the United States Court of Appeals for the District of Columbia is denied. *Mr. Emory B. Smith* for petitioner. *Mr. Albert F. Beasley* for respondent.

No. 459. BUIE *v.* UNITED STATES. December 7, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied for the reason that application therefor was not made within the time provided by law. Rule XI of the Criminal Appeals Rules, 292 U. S. 665–66; *United States ex rel. Coy* v. *United States,* 316 U. S. 342. *Vivian Wycliff Buie, pro se.* Solicitor General *Fahy* for the United States.